# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

March 4, 2020

TO:   Counsel

RE:   Tony Dewitt v. William Ritz, et al.  
      Civil Action No. DKC 18-3202

Dear Counsel:

This letter will confirm the matters discussed and the schedule set during the telephone conference with counsel.

Fact discovery has commenced and will continue until at least October, 2020.  Expert disclosures and discovery will be deferred until the conclusion of fact discovery.  Counsel will submit jointly a status report with a proposed schedule by April 3.  A further telephone conference with counsel is scheduled Monday, April 6, 2020, at 9:00 a.m. (EDT).  Chambers will initiate the conference call.

Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW  
United States District Judge