IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TONY DeWITT<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM RITZ, et al.<br><br>    Defendants. | **Civil Action No.:** 1:18-cv-03202-DKC |

### NOTICE OF APPEARANCE

Mr./Ms. Clerk:

Please enter the appearance of Robert E. Joyce as an attorney for the Plaintiff in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Robert E. Joyce (#26427)
Law Office of Barry R. Glazer, LLC
P.O. Box 27166
1010 Light Street
Baltimore, MD 21230
(410) 547-8568
Rjoyce@barryglazer.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY, that on this ___11th___ day of June, 2020, a copy of the foregoing was sent via CM/ECF to:

Theresa Concepcion
Nathan & Kamionski
201 N. Charles Street
Suite 1202
Baltimore, MD 21201

Mayer Engelsberg
201 N. Charles St.
Ste. 1202
Baltimore, MD 21201

Avi Kamionski
Nathan & Kamionski LLP
33 W. Monroe
Suite 1830
Chicago, IL 6060

Shneur Zalman Nathan
Nathan & Kamionski LLP
33 W. Monroe
Suite 1830
Chicago, IL 6060

                /s/
               Robert E. Joyce