IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TONY DEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18-cv-03202-DKC |
| | ) | |
| v. | ) | |
| | ) | Hon. Deborah K. Chasanow |
| WILLIAM RITZ, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 3

**(CD 3 of Recorded Prison Calls – Filed separately with the Clerk of the Court)**

View contents of CD (shown below)



Double click on "HTAselector"

A window will open (shown below)



To listen to a call, simply click once on the speaker icon at the far left of the page under the word "Play"

**THESE TELEPHONE CALLS CAN ONLY BE PLAYED WITH THE PHYSICAL CD**