# EXHIBIT 8

| | | |
|---|---|---|
| TONY DEWITT | * | IN THE |
| v. | * | CIRCUIT COURT |
| STATE OF MARYLAND | * | FOR |
| | * | BALTIMORE CITY |
| | * | Case Nos.: 103006015, 016 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Mr. Dewitt's Petition for Writ of Actual Innocence and this Court's finding that the Petition fails to state a claim or assert grounds for which relief may be granted pursuant to Md. Ann. Code Criminal Procedure §8-301(a), it is this 18 day of August, 2010, by the Circuit Court for Baltimore City, Part 30, hereby

**ORDERED** that the Petition is **DENIED**.

THE JUDGE'S SIGNATURE APPEARS ON THE ORIGINAL DOCUMENT

M. BROOKE MURDOCK
Judge

cc:  Tony Dewitt
     Michelle Martin, Esq.

RECEIVED FOR RECORD
CIRCUIT COURT FOR
BALTIMORE CITY

2010 AUG 19  AM 10: 35

