# EXHIBIT 11

| | | | |
|---|---|---|---|
| STATE OF MARYLAND | * | IN THE | 2014 OCT 20 A 8:44 |
| | * | | |
| | * | CIRCUIT COURT CRIMINAL DIVISION | |
| v. | * | | |
| | * | FOR | |
| | * | | |
| TONY DEWITT | * | BALTIMORE CITY | |
| | * | | |
| | * | CASE NOS.: 103006016 | |
| | * | 103006015 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant's Motion to Correct Illegal Sentence, review of the court file, prior decisions of this Court, and full consideration of all the facts and circumstances, it is this 20th day of October, 2014, by the Circuit Court for Baltimore City, Part 22, hereby

**ORDERED**, that Defendant's Motion to Correct Illegal Sentence is hereby **DENIED**.

THE JUDGE'S SIGNATURE APPEARS ON THE ORIGINAL DOCUMENT

JUDGE ALFRED NANCE
Circuit Court for Baltimore City

CC: Court File
Tony Dewitt, #318-063