# EXHIBIT 15

# Inmate Locator

Search For:  Tyrell       Curtis       [ Search ]

First Name       Last Name

**Selected Inmate**

| SID* | Last Name | First Name | Middle Name | Date of Birth |
|------|-----------|------------|-------------|---------------|
| 2549365 | CURTIS | TYRELL | J | 10/14/1985 |

| DOC ID | Holding Facility |
|--------|------------------|
| 00475234 | |
| | Eastern Correctional Institution West |

Address:  30420 Revells Neck Rd., Westover, MD 21890
Phone:  877-802-6074

*To be used for Inmate Funds Transactions (deposits and disbursements)

The Inmate Locator enables members of the public to learn the housing location of inmates committed to the custody of the Commissioner of Correction and currently housed at Division of Correction facilities, Patuxent Institution and, offenders at Division of Pretrial and Detention Services facilities.