# EXHIBIT 16

Circuit Court of Maryland
Go Back Now

**Case Information**

Court System: **Circuit Court for Baltimore City – Criminal System**
Case Number: **114301009**   Case Status: **CLOSED**
Status Date:   **04/06/2015**
Tracking Number: **146105224112**   Complaint No: **4J02959**
District Case No:   **6B02282048**
Filing Date: **10/28/2014**   Incident Date:   **10/07/2014**

**Defendant Information**

Defendant Name: **CURTIS, TYRELL**
Race:**BLACK**       Sex: **MALE**
DOB:**10/14/1985**
Address:**3830 ELM CROFT ROAD**
City: **RANDALLSTO**   State: **MD**   Zip Code: **21133**

ALIAS: **CURTIS, TYRELL J**
Address:**DEF**

ALIAS: **CURTIS, TYRELL JOHN**
Address:**DEF**

**Charge and Disposition Information**

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No:        **1**
CJIS/Traffic Code: **1 1609**
Description:        **FIREARM POSS W/FEL CONVICT**
Disposition:        **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **04/06/2015**

Charge No:        **2**
CJIS/Traffic Code: **1 1106**
Description:        **REG FIREARM:ILLEGAL POSSESSION**
Plea:        **GUILTY**   Plea Date: **04/06/2015**
Disposition:        **SENTENCED**
Disposition Date: **04/06/2015**
Verdict:        **GUILTY**   Verdict Date: **04/06/2015**
Sentence Starts: **10/07/2014**   Sentence Date:**04/06/2015**
Sentence Time: Yrs: **03**   Mos: **00**   Days: **00**   Confinement : **NC**

Charge No:        **3**
CJIS/Traffic Code: **1 5212**
Description:        **HANDGUN ON PERSON: CARRY/WEAR**
Disposition:        **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **04/06/2015**

Charge No:        **4**
CJIS/Traffic Code: **1 0233**
Description:        **CDS: POSS W/INT MANF/DISTR/DISP**
Disposition:        **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **04/06/2015**

Charge No:        **5**
CJIS/Traffic Code: **1 0573**
Description:        **CDS: POSS-MARIJUANA 10 GRAMS+**
Disposition:        **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **04/06/2015**

Charge No:        **6**
CJIS/Traffic Code: **1 1285**
Description:        **ILLEGAL POSS AMMO**
Disposition:        **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **04/06/2015**

**Related Person Information**

Name:**JOHNSON, MARCI T**
Connection:**ASST PUBLIC DEFENDER**
Address:**201 ST PAUL PLACE**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name:**ANDERSON, CERONE**
Connection:**ASST STATES ATTORNEY**
Address:**120 E BALTIMORE ST #951**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name:**PILLION, MATTHEW**
Connection:**ASST STATES ATTORNEY**
Address:**120 E BALTIMORE STREET**
City: **BALTIMORE**   State: **MD**   Zip Code: **21202**

Name:**EISEMAN, SCOTT F**
Connection:**POLICE OFFICER**

Name:**KINCAID, DAVID R**
Connection:**POLICE OFFICER**

Name:**GILLESPIE, COREY A**
Connection:**POLICE OFFICER**

**Event History Information**

| Event | Date | Comment |
|-------|------|---------|
| CASI | 10/28/2014 | **CASE ADDED THROUGH ON-LINE ON THIS DATE 20141103** |
| CCPH | 11/03/2014 | **COMMITMENT PENDING HEARING-BAIL SET $15,000** |
| MOTF | 11/06/2014 | **MOTION FOR SPEEDY TRIAL** |
| MOTF | 11/06/2014 | **MOTION TO PRODUCE DOCUMENTS** |
| MOTF | 11/06/2014 | **REQUEST FOR DISCOVERY** |
| MOTF | 11/06/2014 | **MOTION TO SUPPRESS PURSUANT TO MD 4-252 AND 4-253** |
| MOTF | 11/06/2014 | **MOTION FOR GRAND JURY TESTIMONY** |
| MOTF | 11/06/2014 | **DEMAND FOR CHEMIST** |
| FILE | 11/06/2014 | **FILED APD - JOHNSON, MARCI T , ESQ 825608** |
| TRAK | 11/26/2014 | **ASSIGNED TO TRACK A - 60 DAYS ON 11/26/2014** |
| HCAL | 11/26/2014 | **P17;0930;636 ;ARRG; ;TSET; ;JACKSON, PHILIP;8E9** |
| HCAL | 02/05/2015 | **P46;1100;404E;JT ; ;POST;DIV;PETERS, CHARLES;8E3** |
| HWNO | 02/05/2015 | **POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED** |
| HCAL | 04/06/2015 | **P46;1100;404E;JT ;GP;JUDG; ;SFEKAS, STEPHEN;8E4** |
| CCAS | 04/06/2015 | **CASE CLOSED - ALL COUNTS DISPOSED Q326** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions*

*on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*