# EXHIBIT 17

8-13-04 MG.
10-18-04 MG

**DIVISION OF CORRECTION**

**INMATE VISITOR RECORD**

INSTITUTION(S): MCTC

NAME: Tony Dewitt                    NUMBER: 318 063

OFFENSE: _____            SENTENCE: _____

RECEIVED: _____   OTHER INFO: E 107

| CODE | DATE | NAME OF VISITOR | ADDRESS | RELATIONSHIP |
|------|------|-----------------|---------|--------------|
| A | added 8-13-04 | Christina Hubbard | ███ | Wife |
| B | ram 10-18-04 | Lowanda Eason | ███ | Fri. |
| C | | Alphonso Lemon | ███ | Bro. |
| D | | Lowanda Lemon McK | ███ | Sis. |
| E | ram 10-18-04 | Dewayne McKee | ███ | B.I.L |
| F | | Michelle Williams | ███ | Mom |
| G | removed 10-18-04 | Enetta Gray | ███ | Fri. |
| H | | Alonzo Hughes | ███ | Fri. |
| I | | Michael Lemon | ███ | Bro. |
| J | | Yolanda Curtis | ███ | Fri |
| K | | Ronald Jenkins | ███ | Fri |
| L | | Shamoka Bryant | ███ | |
| M | | Dewayne Hopkins | ███ | Cousin |
| N | | Antonio McDoodles | ███ | Fri. |
| O | | McKenzie Hopkins | ███ | cousin |
| P | leave 10-18-04 | Andrea Taylor | ███ | Fri. |
| Q | added 10-18-04 | Charles Morris | ███ | Cousin |
| R | 2-8-05 | Jonta Lewis | ███ | Cousin |
| S | | June Hopkins | ███ | Cousin |
| T | | Lena Cromwell | ███ | Friend |
| U | | Jessie Bugley | ███ | Cousin |
| V | 2-8-05 | Syvonita Hopkins | ███ | Cousin |
| W | | Dawayne McKee | ███ | BIL |

DC FORM 195-1 (NOV. 73)

PAST FILE

DIVISION OF CORRECTION

INMATE VISITOR RECORD

INSTITUTION(S): _MHCX_

NAME: _Tony Dewitt_     NUMBER: _318-063_

OFFENSE: _____     SENTENCE: _____

RECEIVED: _____     OTHER INFO: _____

| CODE | DATE | NAME OF VISITOR | ADDRESS | RELATIONSHIP |
|------|------|-----------------|---------|--------------|
| A | 5-6-04 | Christina Hubbard | | Wife |
| B | | Rowanda Pason | | Friend |
| C | | Alphonso Lemon | | Bro |
| D | | Andrew McKee | | |
| E | | Rusnola lemon McKee | | Sis |
| F | | Dewayne McKie | | B-I-L |
| G | | Michelle Williams | | Mom |
| H | | Euette Gray | | Fri |
| I / J | 5-6-04 | Herman Phillip | | Fri |
| | 5-6-04 | Jermon Phillips | | Fri |
| K | | Marcus Hughes | | Fri |
| L | 5-6-04 | Neka Carter | | Fri |
| M | | Micheal Lemon | | Bro |
| N | 04 | Clayton Thomas | | Fri |
| O | 5-6-04 | nenelda Hines | | Fri |
| P / Q | 5-6-04 | Yolanda Curtis | | Fri |
| | | Donald Jenkins | | Fri |
| R | | Darrell Mann | | Fri |
| S | | Elliott McCloan | | Fri |
| T | | Rico Skinner | | Fri |
| U | | Shamoka Bryant | | Fri |
| V | | | | |
| W | | | | |

DC FORM 195-1 (NOV. 73)

DPSCS PRODUCED 000064