# EXHIBIT 18

Exhibit A

Katherine Mainolfi Koppenhaver          **CURRICULUM VITAE**          Certified Questioned Document Examiner
P.O Box 324, Joppa, Md 21085                                                                               (410) 679-8257

**FOUNDER** of The Scientific Association of Forensic Examiners (SAFE) in 2012.
**FOUNDER** of The International Association of Document Examiners (IADE) in 2015.
**CERTIFICATION:** Certified by the National Association of Document Examiners (NADE) 1986 – 2012 as CDE. SAFE from 2013 – 2014, and certified by IADE as of 2015.   Awarded Diplomate Status by NADE in 1996-2012.
**BOARD CERTIFIED:** Board Certified by the Board of Forensic Document Examiners (BFDE) 2004 – 2014
**PROFICIENCY TESTING:** 2001 - 2008 with FEPL with the highest degree of accuracy on over 2000 samples.

**COURT-QUALIFICATIONS**: Testified in court and deposition over 550 times since 1983 in:

| | |
|---|---|
| U. S. District Court for Maryland | Circuit, District, Orphans Court of Anne Arundel Co. |
| U. S. District Court of Virginia | Circuit, District, Orphans Court of Baltimore County |
| United States Court of Federal Claims, Wash., DC | Circuit, District, Orphans Court of Baltimore City |
| Tribunal of Gothenburg, Sweden | Circuit, District, Orphans Court of Carroll County |
| Regional Trial Court of Makati City, Manila | Circuit Court for Calvert County |
| High Court, San Fernando, Trinidad | Circuit & Orphans Court of Cecil County |
| Superior Court of the District of Columbia | Orphan's Court of Charles County |
| Superior Court of Sussex County, Georgetown, DE | Orphans Court of Garrett County |
| Chancery Court of Delaware, Wilmington, DE | Circuit, District, Orphans Court of Howard County |
| Arbitration Hearing in Rehoboth, Delaware | District Court of Kent County |
| Circuit Court of Lee County, Florida | Circuit & District Court of Montgomery County |
| Civil District Court for Parish of New Orleans, LA | Circuit, District, Orphans Court of Prince George Co. |
| Superior Court of Madison County, New York | District Court of Queen Anne's County |
| Superior Court of Westchester County, New York | Circuit Court of Somerset County |
| District Court of Suffolk Co., New York | Circuit Court of Washington County |
| Probate Court of Clark County, Las Vegas, Nevada | Circuit Court of Wicomico County |
| Middlesex County & Monmouth County, New Jersey | Circuit, District & Orphan's Court of Worchester County |
| Adams County Probate Court, Gettysburg, PA | District Court of Worchester County |
| Columbia County Court of Common Pleas, PA | Alcohol Beverage Control Board, Washington DC |
| Circuit Court of Alexandria, Virginia | American Arbitration Association |
| Circuit Court of Arlington County, Virginia | American Labor Arbitration Board |
| Circuit Court of Fairfax County, Virginia | Board of Law Examiners for Maryland |
| Circuit Court of Fauquier County, Warrenton, VA | Inquiry Panels for Attorney Grievance Commission |
| District Court of Manassas, Manassas, Virginia | Maryland Vehicle Administrative Hearings |
| Circuit Court of Norfolk, Virginia | NASD Arbitration & Securities Arbitration Board |
| Kanawha County Family Court, Charleston, WVA | Unemployment Hearings, Baltimore City & County |
| Dallas County, Dallas, Texas | **Depositions:** |
| Farmington, David County, Utah | Bexar County, San Antonio, Texas, |
| General Court Martial, First Judicial Court, APG | Corpus Christi, Texas and Houston, Texas, |
| Orphans Court of Allegany County | San Francisco, California, and Woodbury, NJ |

**DOCUMENT EXAMINATION INTERACTIVE TRAINING PROGRAM**
- Commissioned to write the Forensic Document Examination Interactive Training Program for the National Questioned Document Examiners Association in Texas.  Completed and copyrighted in 1994.  Revised 2004.
- Forensic Document Examination Interactive Training Program now privately taught.
- Teaching a weekly 2-year class continuing education course on all aspects of document examination using a virtual classroom since 2008.  International attendees.
- Principal trainer for the Jamaica Constabulary Questioned Document Section since 2014.

**BOOKS PUBLISHED**
- *Attorney's Guide to Document Examination,* Quorum Books, 2001.
- *Forensic Document Examination, Principles and Practice,* Humana Press, 2007
- *Evaluating Evidence*, 1990
- *The Business of Document Examination*, 1991, Revised 1997, Revised 2015
- *How to Be A Credible Witness or Taking the Fear Out of Testifying*, 1992
- *A Selection of International Penmanship Systems*, 1993
- *Demonstrative Evidence*, 1996
- *Scientific Document Examination Manual*, 1997
- *Attorney's Guide to Document Examination*, Quorum Books, Greenwood Publishers, 2002
- *Forensic Document Examination, Principles and Practices,* Humana Press, 2007.
- *A Systematic Examination of Handwriting,* 2008.
- *The Principles of Handwriting Identification, 2019.*                          Revised 9/18/19.

## Curriculum Vitae of Katherine Mainolfi Koppenhaver, CQDE

**SPECIALIZED TRAINING – Over 75 Seminars and Workshops attended.**
- Attended Seminars sponsored by NADE on questioned documents annually from 1982 to 2011.
- *Handwriting Identification* by Judith Housley, CDE & Jeanette Farmer, July 24 & 25, 1989, Wash, DC.
- *Ink and Paper Analysis* by Albert H. Lyter III of Federal Forensic Associates, Philadelphia, Pennsylvania.
- *Document Examination Seminar* by Marcel Matley and Ted Widmer, 1992, San Francisco, California.
- National Handwriting Seminar, American Board of Forensic Examiners, Aug. 5-9, 1993, Branson, MO.
- National Academy of the American Board of Forensic Examiners, Aug. 4-7th, 1994, Branson, MO.
- American Board of Forensic Examiners, Expert Witnessing, 7 credit hours, Feb. 22, 1995, Honolulu, HI.
- AFDE & International Graphonomics Society Symposium, August 7-11, 1995, London, Ontario Canada.
- Court Testimony Professional Development Seminar for Document Examiners by Larry Ziegler, 10/2/96.
- Forgery Investigators Association of Texas Seminar, April 18, 1997, Georgetown, Texas.
- Holistic Analysis: Physiological & Psychological Foundations, Forensic Applications, Marcel Matley, 8/8/99.
- American Academy of Forensic Science, QD General Sessions (1993, 1995, 1996, 1997, 2004)
- Mid-Atlantic Association of Forensic Scientists, Questioned Document Sessions (1993 thru 1998)
- The National Forensic Center Conferences (NFC) ( 1991, 1992, 1995 thru 1997)
- Economic Crime Summit, May 9-12, 1999 in Orlando, Fl & May 7-10, 2000 in Austin, Texas
- IAQDE Annual Seminar, Sept. 28th, 1995, Kansas City, Kansas; Sept. 24-28, 2002. Sarasota, FL
- AFDE & IGS Symposium, Sept. 9-11, 1994, Las Vegas, NV Oct 26-29, 2005 San Antonio, TX, Nov 2-5, 2003, Phoenix Arizona & Oct 20-23, 2004, Rochester, New York
- SEAK, June 17-18, 2005 Cape Cod
  Measurement Science and Standards in Forensic Handwriting Analysis Conf., Gaithersburg, MD June 4-5, 2013
- SAFE Seminars and Interactive Workshops**,** Edgewood, MD, Sept 26-28, 2013, Boca Raton, FL Aug. 14-16, 2014
- The International Association of Document Examiners (IADE) Montego Bay, Jamaica, Sept. 9 – 12, 2015
- (IADE) Annapolis, MD Sept 15-17, 2016.     •   (IADE) Denver, CO, September 7-9, 2017
- (IADE) Via Zoom, August 24-25, 2018     •   (IADE) Montego Bay, Jamaica, Sept 12-14, 2019

**SEMINARS PRESENTED** – **92 with at least 30 being a full day**.
- American Institute of Banking*:  Signature Verification and Forgery Alert*.
- American Handwriting Association: *Business of Document Examination*, CA, CO,  AZ.
- *Document Examination Workshop*, Los Angeles, CA,
- National Academy of the ABFE: Branson, MO, 1993; 1994; 1995.
- General Public: *Reducing Losses from Forged and Fraudulent Checks*, Dallas, TX, 1995.
- Law Enforcement Officers: *Check Identification and Classification*, Dallas TX, Houston TX, OK
- National Forensic Center FC:  San Diego, CA, Palm Springs, CA, Tampa, FL
- ASIS: *Desktop Forgery through Scanning*, Orlando, FL; Baltimore, MD 2000
- IAQDE: *The Handwriting of the Blind, A Case Study*, Sarasota , FL,
- Document Examiners: *Presenting A Professional Image,* Santa Monica, CA
- The School of Forensic Document Examination, Dallas, TX, 2004, 2005
- Forensic Document Examiners, Inc: *Presenting a Professional Image,* Baltimore, MD .2007.
- Forensic Document Examiners, Inc, Seminar and Workshop, Baltimore, MD. 2008
- Forensic Document Examiners, Inc, Interactive Seminar and Workshop, Edgewood, MD. 2009
- Maryland Association of the Judges of the Orphans' Court Spring Conference 2010, Annapolis, MD
- Forensic Document Examiners, Inc, Interactive Seminar and Workshop, Edgewood, MD. 2010, 2011, 2012.
- SAFE First Seminar and Interactive Workshop**,** Multiple Topics, Edgewood, Maryland, Sept 26-28, 2013
- AAHA/AHAF Convention Northern Writes, Topic: Rhythm; Quincy, MA, July 17, 2014
- SAFE First Seminar and Interactive Workshop**,** Multiple Topics, Boca Raton, FL Aug. 14-16, 2014
- Presenting a Professional Image Workshop through IADE, April 24-25, 2015 MD, Feb. 12-13 FL
- IADE First Annual Interactive Seminar and Workshop, *The Master Pattern*, Montego Bay, Jamaica, Sept. 9, 2015
- Additional IADE Seminars including Pattern Recognition, Daubert, Working with Attorneys plus added lectures.
- Official Trainer of the Jamaican Constabulary Questioned Document Section with in-house training sessions conducted from Sept. 15-25, 2014; Sept. 7-9, 2015, plus weekly classes via a virtual classroom since 9/15.
- Handling Questions in Cross Examination; Scientific vs Technical (Art) in Jamaica Sept. 12, 2019.

**FOR THE NATIONAL QUESTIONED DOCUMENT EXAMINERS ASSOCIATION (NQDA)**
- Dallas, Texas Nov. 15, 1992.              •   Atlanta, Georgia on Sept. 18 & 19, 1993.
- Kansas City, MO, June 11 & 12, 1994.   •   Dallas, Texas, June 10-11, 1995.
- Shawnee Mission, KS, November 7 & 8, 1996.   •   Dallas, Texas, March 1 & 2, 1997.
- Dallas, TX, January 11, 1996 & January 9, 1997.  •   Dallas, Texas, March 18 & 19, 2000
- Dallas, Texas, March 17 & 18, 2001

Revised 9/18/19.

**Curriculum Vitae of Katherine Mainolfi Koppenhaver, CQDE**

**TOPICS for NQDA INCLUDE**: *Check Points, Principles of Document Examination, Multiple Personalities and Other Identity Problems, Identifying Handprinting, The Telltale Dot and Trash Marks, and Semantics*

**LECTURES PRESENTED AT NADE CONFERENCES**
- *Case of A Promissory Note*, 1987.
- *Evidence*, 1989.
- *Evaluating Evidence*, 1990
- *Impeaching the Expert Witness*, 1992
- *Red Flags*, 1994.
- *Our Profession and its Problems*, 1995
- *Pre-Conference Workshop*, 1997.
- *Hired to Criticize, An Ethical Problem*, 1997
- *Workshop on Qualifying as an Expert*, 1998
- *Demonstrative Evidence,* 1999
- *Development of Children's Handwriting*, 2000
- *Professional Panic*, 2002
- *Bond Salon Training in Cross-Examination,* 2001
- *Distinguishing Between Disguise & Simulation, 2003*
- *How not to Testify, 2004*
- *Handling Criticism 2005*
- *A Systematic Examination of Handwriting 2006*
- *A Systematic Examination of Handwriting 2008*
- *Distinguishing Between Court & Deposition Testimony* 09
- Pre-Conference Personal Training 2009, 2010, 2011

**MEMBERSHIPS and AWARDS**
- National Association of Document Examiners from 1982 to 2012, Document Examiner of the Year in 1991. President of NADE 1990 -1994.  Re-elected President 2000 - 2005.
- Expert Witness Institute, London, England (EWI) since 2001.
- Scientific Association of Forensic Examiners since 2012 – 2014 Founder and CEO
- Maryland Investigators and Security Association (MISA).
- ASTM Main Committee 30 – Sub Committee 02 Questioned Document Section 2004 - 2012.
- Volunteer of the Year Award 2001 by the Maryland Volunteer Lawyers Service.
- Lifetime Achievement Award 2013 from the Scientific Association of Forensic Examiners.
- Founder and President of the International Association of Document Examiners in 2015.
- Maryland Crime Prevention Association as of 9/17/ 2015.

**PAPERS PRESENTED**
- *Disguised Writing in Anonymous Writing Cases*, International Graphonomics Society, London, Ontario, Canada, August 10, 1995.

**ARTICLES PUBLISHED IN THE IADE JOURNAL**
- *Enough Exemplars,* Spring 2015
- *Characteristics of Authentic Writing,* Spring 2015
- *Photocopies Versus Originals,* Spring 2015

**ARTICLES PUBLISHED IN THE IADE NEWSLETTER,** *UNDER THE MICROSCOPE*
- *Editorials and Book Reviews in the first four issues.*
- *Encyclopedia of Document Examination*

**ARTICLES PUBLISHED IN THE DAILY RECORD**
- *Executive Order Provides Reforms To Improve Efficiency in Federal Court* on February 11, 1992.
- *Impeaching Experts on the Stand* on March 16, 1992.
- *Attorneys Should Ask Themselves Questions When Choosing Expert* on Sept. 5, 1992.
- *Careful Research Necessary Before Engaging in Cross-Examination* on Oct. 20, 1992.
- *Distinguishing Between Disguise and Simulation, 2003*

**OTHER PUBLICATIONS**
- Editor of the *Communique*, quarterly newsletter for NADE from1990 -2009 (approximately 95 issues published)
- Published a newsletter for SAFE called Safe Haven –I published 4 issues in 2013.
- Was Co-Editor of *The NADE Journal* published 3-4 times a year through 1998.
- *Collecting Documents in Questioned Document Cases*, The MISA Messenger, Vol. 5, No. 7, July 1997
- *The Care and Preservation of Documents*, The MISA Messenger, Vol. 5, No. 8, August, 1997
- *From Graphology to Document Examination*, The Vanguard, January-March 2000.
- *The Document Examiner*, The Vanguard, July-September, 2000.
- *Qualifying As An Expert In Court*, The Vanguard, April - June 2001.
- *Presenting Testimony in Court*, The Vanguard, July - September 2001.
- *How To Help Consumers & Businesses Deter Document Forgery*, White Collar Crime Fighter, 7/00.
- *Outsmarting Today's High Tech Forgers and Counterfeiters,* White Collar Crime Fighter, 6/04.
- *New High-Tech Tools for Busting Forgers and Counterfeiters*, White Collar Crime Fighter, 10/04.  Revised 9/18/19.

# Curriculum Vitae of Katherine Mainolfi Koppenhaver, CQDE

**ARTICLES PUBLISHED IN THE NADE JOURNAL** - 35 articles published:
- *Do's and Don't's for Accuracy in Suspect Document Cases,* August 1983, also in The Daily Record 3/2/83.
- *Qualifying as an Expert in Court*, Nov. 1987.
- *Handling Cross Examination*, May 1988.
- *Evidence*, November 1989.
- *Preparing Court Exhibits*, February 1990.
- *Disguised Writing*, May 90.
- *Letter of Opinion*, May 90.
- *Working with Lawyers & Their Clients*, Aug. 90.
- *Evaluating Evidence* November 1990.
- *How To Be A Credible Witness*, February 1991.
- *Desktop Forgery*, August, 1991.
- *The Karlene Ann Griffith Case*, November 1991.
- *The Techniques of Cross-Examination*, May 1992
- *The Elements of Fraud*, August 1992.
- *Handwriting Systems of the World*, Nov. 1992
- *Impeaching the Expert*, November 1992.
- *Fundamental Truths about Handwriting*, April '93
- *Equipping Your Document Laboratory*, Nov 1993.
- *The Jack the Ripper Diary*, February 1994.
- *Principles of Handwriting Identification*, July 94.
- *Hand Printing*, July 1994.
- *The Tell Tale Dots*, December, 1994.
- *Deposition Testimony*, Spring 1996.
- *Principles of Identification*, December 1996
- *The Care & Preservation of Documents*, 1997
- *Descriptive Terminology*, Spring 1998
- *Why Document Examiners Disagree*, Winter 1998
- *Examination of a Passport*, Summer 1999
- *Demonstrative Evidence*, Spring 2000
- *Enough Exemplars*, Fall 2000
- *The Road to Graphic Maturity*, Summer 2001
- *Identifying Class Characteristics vs Individual Characteristics,* February 1990.
- *Interpreting the Writing Movement for Identification Purposes*, May, 1991.
- *Reducing Losses from Forged and Fraudulent Checks*, August, 1991.
- *Detecting Erasures in Pen and Pencil Writing*, Spring, 1995.

**RESEARCH**
1. Penmanship systems throughout the USA - 19th & 20th centuries.
2. Foreign scripts.
3. Disguised writing - familiarity with methods of disguise.
4. Synchronous Writing
5. Handwriting of the Elderly.
6. Block Printing

- At the Handwriting Analysis Research Library in Greenfield, Massachusetts with emphasis on various styles of penmanship historically and internationally.
- At the following Libraries: Baltimore Law Library, Towson State University Library, New York Research, Library of Congress, Peabody Institute, University of Maryland Resource Library, Enoch Pratt Library, and the Baltimore County Library plus on-line research.

**FORMAL EDUCATION**
- Harford Community College with Associate of Applied Science in Criminal Justice with highest honors.
- Questioned Document Course at Northern. Virginia Community College. and George Washington University taught by Larry Ziegler, Senior FDE with FBI.

**TYPES OF CASES**

I have examined over 3500 cases in the past since 1983. I provide peer review and second opinions for other document examiners on a regular basis in addition to my cases.

Some of the cases that I have completed include comparing and identifying signatures and handwriting, identifying alterations to documents, determining substitution of pages, "reading" under whiteout, revealing indented writing, and identifying synchronous writing. Cases have involved wills, medical malpractice cases, industrial espionage, counterfeit documents, contracts, graffiti, and threatening and anonymous notes.

Revised 9/18/19