# EXHIBIT 19

**DIANA J. MEARS, CQDE**     **CURRICULUM VITAE**     **P.O. Box 324**
Work 410-679-8257                                         Joppa, MD
Cell 410-241-2779                                              21085

**CERTIFICATION**
- Certified by the International Association of Document Examiners (IADE) October 3, 2015

**SPECIALIZED TRAINING**
- Continuing Education Classes under Katherine Koppenhaver, Fallston MD, April 2012 to Present
- Document Examination Course under Katherine Koppenhaver, Joppa MD, June 2012 thru June 2015
- Apprenticeship (Katherine Koppenhaver) – Doc. Examination, Joppa MD, June 2012 thru June 2015

**PROFICIENCY TESTING**
- IADE with a high degree of accuracy, January 2017
- IADE with a high degree of accuracy, September 2016
- IADE with a high degree of accuracy, May 2016
- IADE with a high degree of accuracy, August 2015

**COURT-QUALIFICATIONS:** Testified in court
- Charles County MVA Waldorf (Maryland)
- Carroll County Circuit Court (Maryland)
- Delaware Court of Chancery (Delaware)
- Frederick County District Court (Maryland-Twice)
- Montgomery County Circuit Court (Maryland)
- Prince William County Circuit Court (Virginia)
- U.S. District Court of New Jersey (Trenton, NJ)

**TYPES OF CASES WORKED ON**
- Altered Documents
- Anonymous Notes
- Child Custody
- Corporate Stock Certificates
- Counterfeit Documents
- Cut and Paste Documents
- Deed of Trust
- Disguised and Simulated Signatures/Writings
- Disputed Wills
- Forgery Detection
- Identification of Inserted/Substituted Material
- Indented Writing
- Line Sequences
- Medical Malpractice
- Mortgage Fraud
- Poison Pen and Threat Letters
- Reading Under White Out/Obliterated Material
- Signature Identification

**MEMBERSHIPS**
- IADE (Intl. Assoc. of Doc. Exam.) Board Member - January 2015 to Present
  Membership Chairperson – May 2017 to Present
  2016 Conference Chairperson – September 2015 through August 2016
  Newsletter Editor – January 2015 to Present
- SAFE (Scientific Assoc. of Forensic Exam.) Member – 2013 thru 2014

**CONFERENCES AND SEMINARS ATTENDED**
- International Association of Document Examiners on September 12 through 14, 2019 Montego Bay, Jamaica
- International Association of Document Examiners on August 24 and 25, 2018 Webinar
- International Association of Document Examiners on September 7 through 9, 2017 Denver, CO
- International Association of Document Examiners on September 15 through 17, 2016 Annapolis, MD
- International Association of Document Examiners on April 24 through 25, 2015 Edgewood, MD
- Scientific Association of Forensic Examiners on August 14 through 16, 2014 Boca Raton, FL
- Scientific Association of Forensic Examiners on September 28, 2013 Edgewood, MD
- Forensic Document Examiners on September 29, 2012 Edgewood, MD

**TEACHER (The Forensic Document Examination Interactive Training Program)**
- Teacher of investigators of law enforcement agencies (including U.S. Marshal's Service).
- Teacher of other students in the field both nationally and internationally.

**SEMINARS PRESENTED**
- International Association of Document Examiners on September 14, 2019 Montego Bay, Jamaica (1 session)
- International Association of Document Examiners on September 7 & 9, 2017 Denver, CO (3 sessions)

**LECTURES**

Rev. March 17, 2020

- Youth's Benefit Elementary School on March 29, 2019 Fallston, MD (2 sessions)
- River Hill High School on March 27, 2019 Clarksville, MD ( 2 sessions)
- River Hill High School on April 25, 2017 Clarksville, MD on (2 sessions)

**CONTINUING EDUCATION CLASSES PRESENTED**
- Fundamental Differences, June 13, 2016
- Public Speaking, October 17, 2016

**PUBLICATIONS**
- *CURSIVE: To Be or Not to Be in Our Public School Classrooms*, The Scientific Journal of the International Association of Document Examiners, Volume 2 – Fall 2015.

**BOOKS READ**
- Bauchner, Elizabeth – *Document Analysis*
- Bradford, Ralph & Russell – *Introduction to Handwriting Examination and Identification*
- Harrison, Wilson R. – *Suspect Documents*
- Koppenhaver, Katherine – *How to Be a Credible Witness*
- Koppenhaver, Katherine – *The Business of Document Examination*
- Lavay, Jerome Buell – *Disputed Handwriting*
- Osborn, Albert S. – *Questioned Documents*
- Rendell, Kenneth W. – *Forging History*

**ARTICLES READ**
- Puri, K. S. (1965, September) "Effects of Intoxication on Handwriting." *Journal of Criminal Law and Criminology,* 56 (3), 372-374
- *Graffiti Know How.* Graffiti Know How, Jun 2014. Web. 5 Sep 2016.
- Valdez, Al. "Decoding the Secret Messages on the Wall." *Police Magazine* 1 Apr. 1996, http://www.policemag.com/channel/gangs/articles/1996/04/decoding-the-secret-messages-on-the-wall.aspx. Web. 3 Sep 2016.

**ON-LINE COURSES**
- Sinclair, Stefanie. *Visions of Protest : Graffiti.* The Open University. 1 Mar. 2016. Web. 17 Aug. 2016.