# EXHIBIT 20

# *Forensic Document Examiners, Inc.*

May 15, 2020

Avi T. Kamionski
201 N. Charles Street, Suite 1202
Baltimore, Maryland 21201

RE: Signatures of Sgt. Garnell Green and Detective Mark E. Veney

Dear Mr. Kamionski,

At your request, we have examined and compared the signatures of Sgt. Garnell Green and Detective Mark E. Veney on the following documents. You have asked us to determine if the signatures on the document captioned as the Questioned Document were written by Sgt. Garnell Green and Detective Mark E. Veney. In addition, we were asked to evaluate whether the questioned document was a fabricated document.

**QUESTIONED DOCUMENT:**

Q-1:    Witness Report, Page 2 (793331) containing the questioned signatures of Sgt. Garnell Green and Det. Mark E. Veney, dated 12/10/02. Copy.

**DOCUMENTS FROM THE BALTIMORE POLICE DEPARTMENT HOMICIDE FILE:**
    **\*\*\*SAW ORIGINALS ON FEBRUARY 21, 2020 AT THE CENTRAL RECORDS OFFICE\*\*\***

K-1A:  Baltimore Police Department Officer Report (793304) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/05/02. Copy.

K-2A:  Baltimore Police Department Officer Report (793306) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/05/02. Copy.

K-3A:  Baltimore Police Department Officer Report (793313) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/05/02. Copy.

K-4A:  Baltimore Police Department Officer Report (793331) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, revise dated 7/05/02 changed from 7/03/02. Copy. (P2 is blank)

K-5A:  Baltimore Police Department Officer Report (793331) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/03/02. Copy. (P2 is blank)

Avi T. Kamionski
May 15, 2020
Page **2** of **9**

## COPIES FROM THE STATE'S ATTORNEY'S OFFICE:

K-1B:   Baltimore Police Department Officer Report (793304) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/05/02.  Copy.

K-2B:   Baltimore Police Department Officer Report (793306) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/05/02.  Copy.

K-3B:   Baltimore Police Department Officer Report (793313) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, dated 7/05/02.  Copy.

K-4B:   Baltimore Police Department Officer Report (793331) consisting of three pages containing the known signature of Sgt. Garnell Green on Page 1 and Page 3, dated 7/03/02 & revised date 07/05/02 respectively.  Copy. (P2 is blank)

## DOCUMENT FROM THE CENTRAL RECORDS OFFICE:
### ***SAW ORIGINAL ON FEBRUARY 21, 2020 AT THE CENTRAL RECORDS OFFICE***

K-4C:   Baltimore Police Department Officer Report (793331) consisting of two pages containing the known signature of Sgt. Garnell Green on Page 1, revise dated 7/05/02.  Copy. (P2 is blank)

## EXEMPLARS OF SGT. GARNELL GREEN:

K-5:    CID – Homicide Progress Report containing the known signature of Sgt. Garnell Green, dated 7/07/02.  Original.

K-6:    Page 2 of letter from CID-Homicide containing the known signature of Sgt. Garnell Green, dated 7/09/02.  Original.

K-7:    Page 2 of letter from CID-Homicide beginning "down the porch moaning" containing the known signature of Sgt. Garnell Green, dated 7/12/02.  Copy.

K-8:    Page 2 of letter from CID-Homicide beginning "investigator spoke with Ms. Catherine Giddins-Curtis…" containing the known signature of Sgt. Garnell Green, dated 7/12/02.  Copy.

K-9:    Page 3 of letter from CID-Homicide Conclusion containing the known signature of Sgt. Garnell Green, dated 7/28/02.  Copy.

K-10:   Page 2 of letter from CID-Homicide beginning "12 1724 Vacant" containing the known signature of Sgt. Garnell Green, dated 7/12/02.  Copy.

K-11:   Page 2 of letter from CID-Homicide containing the known signature of Sgt. Garnell Green, dated 7/27/02.  Copy.

K-12:   Page 2 of letter from CID-Homicide containing the known signature of Sgt. Garnell Green, dated 7/27/02.  Copy.

Avi T. Kamionski
May 15, 2020
Page **3** of **9**

## EXEMPLARS OF SGT. GARNELL GREEN (continued)

K-13:  Page 2 of letter from CID-Homicide containing the known signature of Sgt. Garnell Green, dated 7/28/02.  Copy.

K-14:  CID Homicide Progress Report regarding Service of Grand Jury Subpoena containing the known signature of Sgt. Garnell Green, dated 7/24/02.  Copy.

K-15:  CID Homicide Progress Report regarding Interview of Lt. Melvin Hunter containing the known signature of Sgt. Garnell Green, dated 7/24/02.  Copy.

K-16:  CID Homicide Progress Report regarding Interview of Correctional Officer Wright containing the known signature of Sgt. Garnell Green, dated 7/24/02.  Copy.

K-17:  CID Homicide Progress Report regarding speaking to Sgt. Sewell containing the known signature of Sgt. Garnell Green, dated 8/09/02.  Copy.

K-18:  Page 2 of letter from CID-Homicide beginning "Your investigator has requested Grand Jury Summonses for the above individuals" containing the known signature of Sgt. Garnell Green, dated 8/09/02.  Copy.

K-19:  CID Homicide Progress Report regarding Service of Grand Jury Summons containing the known signature of Sgt. Garnell Green, dated 8/13/02.  Copy.

K-20:  Page 2 of letter from CID-Homicide beginning "1700 block Montpelier Street…" containing the known signature of Sgt. Garnell Green, dated 8/13/02.  Copy.

K-21:  CID Homicide Progress Report regarding Grand Jury Appearance of one Master Daimen Young containing the known signature of Sgt. Garnell Green, dated 8/13/02.  Copy.

K-22:  CID Homicide Progress Report regarding Grand Jury Appearance of one Daimen Young containing the known signature of Sgt. Garnell Green, dated 8/21/02.  Copy.

K-23:  CID Homicide Progress Report regarding contacting Lt. Chianca containing the known signature of Sgt. Garnell Green, dated 8/21/02.  Copy.

K-24:  Page 2 of letter from CID-Homicide beginning "Your investigator was unable to complete a full information sheet…" containing the known signature of Sgt. Garnell Green, dated 8/26/02.  Copy.

K-25:  Page 2 of letter from CID-Homicide beginning "home. Your investigator then left a business card…." containing the known signature of Sgt. Garnell Green, dated 9/11/02.  Copy.

Avi T. Kamionski
May 15, 2020
Page **4** of **9**

## EXEMPLARS OF SGT. GARNELL GREEN (continued)

K-26:   CID Homicide Progress Report regarding requesting the assistance of the Homicide Operations Squad containing the known signature of Sgt. Garnell Green, dated 9/11/02.  Copy.

K-27:   CID Homicide Progress Report regarding speaking with Julie Rice containing the known signature of Sgt. Garnell Green, dated 9/12/02.  Copy.

K-28:   Page 2 of letter from CID-Homicide beginning "Mr. Booker was then shown a group of six B of I photographs" containing the known signature of Sgt. Garnell Green, dated 9/27/02.  Copy.

K-29:   CID-Homicide Progress Report containing the known signature of Sgt. Garnell Green, dated 7/07/02.  Copy.  (aka V-1)

K-30:   CID-Homicide Progress Report containing the known signature of Sgt. Garnell Green, dated 6/03/02.  Copy.  (aka V-3)

K-31:   CID-Homicide Progress Report consisting of two pages containing the known signature of Sgt. Garnell Green on Page 2, dated 6/03/02.  Copy. (aka V-4)

K-32:   CID-Homicide Progress Report consisting of two pages containing the known signature of Sgt. Garnell Green on Page 2, dated 6/02/02.  Copy. (aka V-5)

K-33:   CID-Homicide Progress Report containing the known signature of Sgt. Garnell Green, dated 6/02/02.  Copy.  (aka V-7)

K-34:   CID-Homicide Progress Report consisting of two pages containing the known signature of Sgt. Garnell Green on Page 2, dated 5/30/02.  Copy. (aka V-8)

K-35:   CID-Homicide Progress Report consisting of two pages containing the known signature of Sgt. Garnell Green on Page 2, dated 5/28/02.  Copy. (aka V-9)

K-36:   CID-Homicide Progress Report consisting of two pages containing the known signature of Sgt. Garnell Green on Page 2, dated 5/22/02.  Copy. (aka V-10)

K-37:   Baltimore Police Department Report (790319) pages containing the known signature of Sgt. Garnell Green, dated 5/11/02.  (aka V-11)

## EXEMPLARS OF MARK E. VENEY:

V-1:   CID-Homicide Progress Report containing the known signature of Detective Mark E. Veney, dated 7/07/02.  Copy.  (aka K-29)

V-2:   CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 6/05/02.  Copy.

Avi T. Kamionski
May 15, 2020
Page **5** of **9**

## EXEMPLARS OF MARK E. VENEY (continued)

V-3:   CID-Homicide Progress Report containing the known signature of Detective Mark E. Veney, dated 6/03/02.  Copy.  (aka K-30)

V-4:   CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 6/03/02.  Copy. (aka K-31)

V-5:   CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 6/02/02.  Copy. (aka K-32)

V-6:   CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 6/02/02.  Copy.

V-7:   CID-Homicide Progress Report containing the known signature of Detective Mark E. Veney, dated 6/02/02.  Copy.  (aka K-33)

V-8:   CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 5/30/02.  Copy. (aka K-34)

V-9:   CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 5/28/02.  Copy. (aka K-35)

V-10:  CID-Homicide Progress Report consisting of two pages containing the known signature of Detective Mark E. Veney on Page 2, dated 5/22/02.  Copy. (aka K-36)

V-11:  Baltimore Police Department Report (790319) pages containing the known signature of Detective Mark E. Veney, dated 5/11/02.  (aka K-37)

## EXEMPLARS OF GREGORY S. MACGILLIVARY:

M-1:   Homicide Unit Witness/Suspect Activity Log containing the known handwriting of Detective Gregory S. MacGillivary, not dated. Original.

M-2:   Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 12/12/02. Original.

M-3:   Police Department Baltimore, Maryland Explanation of Rights containing the known handwriting of Detective Gregory S. MacGillivary, dated 12/12/02. Original.

M-4:   Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 9/25/02. Original.

M-5:   Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 9/4/02. Original.

Avi T. Kamionski
May 15, 2020
Page **6** of **9**

## EXEMPLARS OF GREGORY S. MACGILLIVARY (continued)

M-6:    Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 8/22/02. Original.

M-7:    Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 8/10/02. Original.

M-8:    Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 7/11/02. Original.

M-9:    Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, dated 7/5/02. Original.

M-10:  Police Department Baltimore, Maryland Information Sheet containing the known handwriting of Detective Gregory S. MacGillivary, not dated. Original.

## EXAMINATION CONDUCTED:

The first step in the examination of handwriting is to determine if the questioned writing contains enough complexity to make it difficult to copy.  Complexity is measured by the number of changes of direction of the writing line and the intersections that occur in the signatures.   The exemplars are then compared to the questioned writing to determine if they are suitable for comparison.  Suitability is based upon the same type of writing, signatures to signatures, handwriting versus handwriting, and handprinting compared to handprinting although some similar characteristics can be found when comparing handwriting to handprinting and signatures.  Ideally, exemplars should be written within two years of the questioned handwriting although some writing samples outside the two-year range can also assist us in making a determination.  All of the handwriting characteristics are then compared between the questioned and known writing to determine if the handwriting is genuine, disguised or simulated.  The handwriting was examined and compared using magnification.

## CONCLUSIONS:

Based on our education, training and experience and on the examination of the questioned document and comparison with the known documents submitted, it is our opinion that the questioned document is not authentic and is rather a fabricated document. This opinion is based on the following:

1.    Each of the two-page known "Baltimore Police Department" reports have their own unique identifying number located on the lower right-hand corner of both pages of the document. The questioned document, however, has the same identification number as an existing document.

Q-1:    | 793331 |          K-4A:    | 793331 |

Avi T. Kamionski
May 15, 2020
Page **7** of **9**



K-1A:   793304        K-2A:   793306        K-3A:   793313

Page 2 of K-4A is a blank, not yet filled out, BPD report. As such, Q-1 was created by typing onto page 2 of another copy of K-4A labeled as K-4B.

2.   The signature of Sgt. Garnell Green that appears on the Questioned Document was not written by Sgt. Garnell Green and therefore is not genuine. We can reach this conclusion because the signature of Sgt. Garnell Green on Q-1 is a simulation from the document labeled K-5. There is tremor in the Q-1 signature, a lack of pressure patterns, and blunt endings. These features in a signature are all indicative of a copying process. These charts below showcase these defects in Q-1.



Q-1
12/10/02

K-5
7/7/02

Additionally, Q-1 was written at a slower speed than K-5, deliberate care was given to the formation of some letters such as the "g", "G", and "e" as well as dark, round dots in the initials of Q-1 not present in K-5.

3.   The questioned signature of Detective Mark E. Veney that appears on the Questioned Document is not a signature. It is a hand printed name.  It was not written by Detective Mark E. Veney and therefore is not genuine. An example of Detective Veney's known signature is V-5 and an example of Detective Veney's known hand printed name is V-11.



Q-1                V-5                V-11
                   06/02/02           05/11/02

Avi T. Kamionski
May 15, 2020
Page **8** of **9**

The known handprinted last name of Det. Veney from (V-11) has lowercase letter, "e." Questioned signature (Q-1) has capital "E". The "V" in Q-1 is narrower and the right side of the "V" is taller. The final stroke of the "N" in Q-1 is diagonal and connects to the letter "Y" and then the letter "E" was added between the "N" and "Y".  Document Q-1 contains more angles in the letter forms than in V-11.

Furthermore, M-8 contains the known writing of Detective Gregory S. MacGillivary found in the Baltimore Police Department (BPD) Homicide file. Detective Gregory S. MacGillivary filled out the complete form and signed his own signature on the bottom left corner. Det. MacGillivary also wrote "VENEY" on the bottom right corner. It should be noted that "VENEY" on M-8 appears to be the model that was used to create "VENEY" on Q-1. Although, M-8 was used as the model, the "VENEY" on Q-1 was not created by the same person who wrote "VENEY" on M-8. The features of each letter are different and there is evidence of tremor, lack of pressure patterns, and blunt endings, indicative of a copying process. The speed in Q-1 is slower than in M-8. Also, Q-1 is more angular than M-8.


Q-1


M-8

4.      The questioned document was created from an existing document from the State's Attorney's Office (K-4B) as demonstrated in the attached 1½ page table. The second page of K-4B was empty with no content filled in. It is that page that was used to create the questioned document.

**\*\*\*SEE TABLE ATTACHED\*\*\***

5.      Furthermore, the D.O.B. on the upper right corner of the questioned document is handwritten. It was written very carefully to make it appear as if it was typewritten, particularly with the number 4. Also, the 1's has serifs.

6.      On February 21, 2020 Katherine Koppenhaver and Diana J. Mears went to the Baltimore Homicide Unit and reviewed the files for 02H0131 consisting of two books. Katherine reviewed Part 1 consisting of 560 pages front and back covers included. Diana reviewed Part 2 consisting of 296 pages front and back covers included. The questioned document was not found in either book.

**COMMENTS:**

In order to establish that a questioned signature was written by a particular person, an examination with known genuine signatures must show substantial agreement in sufficient handwriting characteristics to identify the maker and eliminate the possibility of any other writer.  The handwriting characteristics that are evaluated include line quality, pressure patterns, rhythm, slant, size and proportions, utilization of space and spatial alignment, initial and terminal strokes, writing speed, legibility, skill level, letter forms, types of connectors, method of construction, and pattern formations.

Avi T. Kamionski
May 15, 2020
Page **9** of **9**

Any significant unexplainable differences will be sufficient to eliminate the writers.  There are significant differences between the questioned signature of Sgt. Garnell Green and his exemplars as described in Item Number 2 under "Conclusions". There are significant differences between the questioned hand printed name of Detective Mark E. Veney and his known hand printed name as described in Item Number 3 under "Conclusions" Likewise, there are differences between the questioned hand printed name of Detective Mark E. Veney and Detective Gregory S. MacGillivary's version of the hand printed name as described in Item Number 3 under "Conclusions"

Please notify us as soon as you have obtained a court date so we can place that date on our court schedule. Our staff has prepared exhibits to graphically demonstrate how we came to our opinion in this case.  These exhibits, in the form of an exhibit book, will be used to support our opinion in court or deposition.

Attached is a copy of our current statement of qualifications that sets forth our background and experience that qualifies us to undertake the examination requested and render the opinions given in this report.

If you have any questions, please do not hesitate to contact us and we shall be prepared to go into greater detail.

Sincerely,

Katherine Mainolfi Koppenhaver
Certified Questioned Document Examiner

Diana J. Mears
Certified Questioned Document Examiner

KMK\clv
Enclosure

# TWO SETS FROM HOMICIDE FILE

K-4A Dated 07/05/02 (changed from (07/03/02)
Has Hole Punches (Purple Arrows - 3 on right)
Has Trash Marks (Blue Arrows)

K-5A Dated 07/03/02
Has Hole Punches (Orange Arrows - 3 on right and 2 on left)
Note: Left top hole close to 9, holes 2 & 3 clip horizontal lines
No Trash Marks





# CENTRAL RECORDS OFFICE

K-4C Dated 07/05/02 (changed from (07/03/02)
No Hole Punches
No Trash Marks

# STATE'S ATTORNEY'S OFFICE

K-4B Dated 07/03/02 or 07/05/02 3 pages not 2 separate sets
Has Hole Punches (Green Arrows – 3 on left)
Note: Holes do not penetrate the margin as far as K-5A above
Has Trash Marks (Red Arrows)





CASE #3502                          PREPARER: DJM

# State's Attorney's Office Copy Compared to Questioned Document

## STATE'S ATTORNEY'S OFFICE

K-4B Dated 07/03/02 or 07/05/02 3 pages not 2 separate sets
Has Hole Punches (Green Arrows – 3 on left)
Note: Holes do not penetrate the margin as far as K-5A above
Has Trash Marks (Red Arrows)

## QUESTIONED DOCUMENT

Q-1 Dated 12/10/02
Has Hole Punches (Green Arrows – 3 on left)
Note: Holes in same position as K-4B and not K-4A above
Has Trash Marks (Red Arrows)



CASE #3502                               PREPARER: DJM