# EXHIBIT 21

| | Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE | 1st digit | 2nd digit |
|---|---|---|---|---|---|
| 3 ○<br>6 ○<br>9 ○ | NAME: (Last, First, MI)<br>HOME ADDRESS: ○ Not City Address<br>BUSINESS OR SCHOOL NAME/ADDRESS:<br>HOME PHONE:   WORK PHONE:<br>HT:   WT:   HAIR:   EYES:   ARREST #: | RACE   D.O.B.<br>○ Am. Indian ○ Jamaican ○ White<br>○ Asian/Pac. Is. ○ Japanese ○ Other<br>○ Black ○ Korean ○ Unknown<br>○ Chinese ○ Vietnamese ○ Hispanic | | ○○○○<br>○○○○<br>○○○○<br>○○○○<br>○○○○ | |

| | Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE | 1st digit | 2nd digit |
|---|---|---|---|---|---|
| 4 ○<br>7 ○<br>10 ○ | NAME: (Last, First, MI)<br>HOME ADDRESS: ○ Not City Address<br>BUSINESS OR SCHOOL NAME/ADDRESS:<br>HOME PHONE:   WORK PHONE:<br>HT:   WT:   HAIR:   EYES:   ARREST #: | RACE   D.O.B.<br>○ Am. Indian ○ Jamaican ○ White<br>○ Asian/Pac. Is. ○ Japanese ○ Other<br>○ Black ○ Korean ○ Unknown<br>○ Chinese ○ Vietnamese ○ Hispanic | | ○○○○<br>○○○○<br>○○○○<br>○○○○<br>○○○○ | |

| | Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE | 1st digit | 2nd digit |
|---|---|---|---|---|---|
| 5 ○<br>8 ○<br>11 ○ | NAME: (Last, First, MI)<br>HOME ADDRESS: ○ Not City Address<br>BUSINESS OR SCHOOL NAME/ADDRESS:<br>HOME PHONE:   WORK PHONE:<br>HT:   WT:   HAIR:   EYES:   ARREST #: | RACE   D.O.B.<br>○ Am. Indian ○ Jamaican ○ White<br>○ Asian/Pac. Is. ○ Japanese ○ Other<br>○ Black ○ Korean ○ Unknown<br>○ Chinese ○ Vietnamese ○ Hispanic | | ○○○○<br>○○○○<br>○○○○<br>○○○○<br>○○○○ | |

**NARRATIVE** Describe any property recovered. Show disposition of recovered property. List property number.
**List Property First**

654322

793331