# EXHIBIT 22

| Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE 1st digit 2nd digit |
|---|---|---|
| NAME: (Last, First, MI) | | |

3 ○
6 ○  HOME ADDRESS: _____ ○ Not City Address
9 ○  BUSINESS OR SCHOOL NAME/ADDRESS: _____
    HOME PHONE: _____  WORK PHONE: _____
    HT:   WT:   HAIR:   EYES:   ARREST #:

RACE
○ Am. Indian   ○ Jamaican    ○ White
○ Asian/Pac. Is. ○ Japanese   ○ Other
○ Black       ○ Korean      ○ Unknown
○ Chinese     ○ Vietnamese  ○ Hispanic

D.O.B. ___-___-___

| Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE 1st digit 2nd digit |
|---|---|---|
| NAME: (Last, First, MI) | | |

4 ○
7 ○  HOME ADDRESS: _____ ○ Not City Address
10 ○ BUSINESS OR SCHOOL NAME/ADDRESS: _____
    HOME PHONE: _____  WORK PHONE: _____
    HT:   WT:   HAIR:   EYES:   ARREST #:

RACE
○ Am. Indian   ○ Jamaican    ○ White
○ Asian/Pac. Is. ○ Japanese   ○ Other
○ Black       ○ Korean      ○ Unknown
○ Chinese     ○ Vietnamese  ○ Hispanic

D.O.B. ___-___-___

| Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE 1st digit 2nd digit |
|---|---|---|
| NAME: (Last, First, MI) | | |

5 ○
8 ○  HOME ADDRESS: _____ ○ Not City Address
11 ○ BUSINESS OR SCHOOL NAME/ADDRESS: _____
    HOME PHONE: _____  WORK PHONE: _____
    HT:   WT:   HAIR:   EYES:   ARREST #:

RACE
○ Am. Indian   ○ Jamaican    ○ White
○ Asian/Pac. Is. ○ Japanese   ○ Other
○ Black       ○ Korean      ○ Unknown
○ Chinese     ○ Vietnamese  ○ Hispanic

D.O.B. ___-___-___

**NARRATIVE** Describe any property recovered. Show disposition of recovered property. List property number.
**List Property First**

_____
_____
_____
_____
_____

654322

793331