# EXHIBIT 23

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | **SEX** ○ Male ○ Female ○ Unknown | **AGE** 1st digit | 2nd digit |

**3** ○  **6** ○  **9** ○
NAME: (Last, First, MI)
HOME ADDRESS: ○ Not City Address
BUSINESS OR SCHOOL NAME/ADDRESS:
HOME PHONE:        WORK PHONE:
HT:   WT:   HAIR:   EYES:   ARREST #:

**RACE**        D.O.B. ___ — ___ — ___
○ Am. Indian   ○ Jamaican   ○ White
○ Asian/Pac. Is. ○ Japanese   ○ Other
○ Black        ○ Korean     ○ Unknown
○ Chinese      ○ Vietnamese ○ Hispanic

Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect   **SEX** ○ Male ○ Female ○ Unknown   **AGE**

**4** ○  **7** ○  **10** ○
NAME: (Last, First, MI)
HOME ADDRESS: ○ Not City Address
BUSINESS OR SCHOOL NAME/ADDRESS:
HOME PHONE:        WORK PHONE:
HT:   WT:   HAIR:   EYES:   ARREST #:

**RACE**        D.O.B. ___ — ___ — ___
○ Am. Indian   ○ Jamaican   ○ White
○ Asian/Pac. Is. ○ Japanese   ○ Other
○ Black        ○ Korean     ○ Unknown
○ Chinese      ○ Vietnamese ○ Hispanic

Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect   **SEX** ○ Male ○ Female ○ Unknown   **AGE**

**5** ○  **8** ○  **11** ○
NAME: (Last, First, MI)
HOME ADDRESS: ○ Not City Address
BUSINESS OR SCHOOL NAME/ADDRESS:
HOME PHONE:        WORK PHONE:
HT:   WT:   HAIR:   EYES:   ARREST #:

**RACE**        D.O.B. ___ — ___ — ___
○ Am. Indian   ○ Jamaican   ○ White
○ Asian/Pac. Is. ○ Japanese   ○ Other
○ Black        ○ Korean     ○ Unknown
○ Chinese      ○ Vietnamese ○ Hispanic

**NARRATIVE** Describe any property recovered. Show disposition of recovered property. List property number.
**List Property First**

654322                                                                                   793331