# EXHIBIT 24

# BALTIMORE POLICE DEPARTMENT
Follow Up/Supplement

PAGE 01 OF 01

| DATE | | | TIME | | UNIT | R/O SEQ | SUPV SEQ | YEAR | C.C. NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | HOURS | MINS | | | | | |
| July | 03 | 02 | 16 | 15 | 3235 | G535 | E409 | 02 | G02896 |

Make sure you fill in C.C.N. correctly.

## NOTIFICATION

- CIB NAME:
- CRIME LAB UNIT NO.:
- HOT DESK NAME:
- MEDICAL EXAMINER NAME:
- PROPERTY NUMBER:
- TOTAL PROPERTY LOSS $:

TRADEMARK PHRASE OR ACTION:

DATE OF ORIGINAL REPORT: 07-05-02
TIME OF ORIGINAL REPORT: 02:38

OFFENSE CHANGE: From / To

**NARRATIVE** Describe any property recovered. Show disposition of recovered property. List property number.  (Mark One) ○ 24 hour  ○ Part 1  ○ Other
**List Property First**

In reference to the incident w/ above CC# Mr. Eberhart, Todd was transported by this P/O to Homicide Unit. On above date and time

continue narrative on back

REPORTING OFFICER'S NAME: P/O Steve Hohman
REPORTING OFFICER'S SIGNATURE: X P/O
SUPERVISOR'S NAME: Sgt. Garnell Green
SUPERVISOR'S SIGNATURE: X

COMPANION REPORTS  ○ Continuation  ○ Additional Victim  ○ Vehicle   CASE STATUS ● Open  ○ Closed  ○ Suspended

537111

© Copyright 2000 Baltimore Police Department
PremierView™ by NCS EM-225371-2:654   GS03  Printed in U.S.A.

793331

| | | |
|---|---|---|
| Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect | SEX ○ Male ○ Female ○ Unknown | AGE 1st digit / 2nd digit |

3 (3) NAME: (Last, First, MI)
   HOME ADDRESS: _____ ○ Not City Address
6 (6) BUSINESS OR SCHOOL NAME/ADDRESS:
9 (9) HOME PHONE: _____ WORK PHONE: _____
   HT: ___ WT: ___ HAIR: ___ EYES: ___ ARREST #: ___

RACE  D.O.B. __ __
○ Am. Indian  ○ Jamaican  ○ White
○ Asian/Pac. Is.  ○ Japanese  ○ Other
○ Black  ○ Korean  ○ Unknown
○ Chinese  ○ Vietnamese  ○ Hispanic

Digits: 0–9 / 5–9 bubbles

---

Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect   SEX ○ Male ○ Female ○ Unknown   AGE

4 (4) NAME: (Last, First, MI)
   HOME ADDRESS: _____ ○ Not City Address
7 (7) BUSINESS OR SCHOOL NAME/ADDRESS:
10 (10) HOME PHONE: _____ WORK PHONE: _____
   HT: ___ WT: ___ HAIR: ___ EYES: ___ ARREST #: ___

RACE  D.O.B. __ __
○ Am. Indian  ○ Jamaican  ○ White
○ Asian/Pac. Is.  ○ Japanese  ○ Other
○ Black  ○ Korean  ○ Unknown
○ Chinese  ○ Vietnamese  ○ Hispanic

---

Mark all that apply. ○ Parent ○ Guardian ○ Victim ○ Witness ○ Suspect   SEX ○ Male ○ Female ○ Unknown   AGE

5 (5) NAME: (Last, First, MI)
   HOME ADDRESS: _____ ○ Not City Address
8 (8) BUSINESS OR SCHOOL NAME/ADDRESS:
11 (11) HOME PHONE: _____ WORK PHONE: _____
   HT: ___ WT: ___ HAIR: ___ EYES: ___ ARREST #: ___

RACE  D.O.B. __ __
○ Am. Indian  ○ Jamaican  ○ White
○ Asian/Pac. Is.  ○ Japanese  ○ Other
○ Black  ○ Korean  ○ Unknown
○ Chinese  ○ Vietnamese  ○ Hispanic

---

**NARRATIVE** Describe any property recovered. Show disposition of recovered property. List property number.
**List Property First**

_[blank narrative lines]_

654322                                                                                           793331