# EXHIBIT 25

**Tape statement of Tyrell Curtis**
**Case #03H131**

Today's date is the 4th of April 2003. The current time now is 12:40 p.m. This is Detective Purtell I'm talking to Tyrell Curtis in reference to homicide 02H131 it occurred on the 5th of July 2002.

Purtell:       Mr. Curtis could you state your full name of me?

Curtis:        Tyrell Curtis.

Purtell:       And your date of birth?

Curtis:        3/14/85.

Purtell:       Mr. Curtis ah bringing your attention back to ah the homicide that happened ah July 4th weekend on Montpelier ah what do you remember about it?

Curtis:        Nothing a girl got killed.

Purtell:       A girl got killed, you have to speak up for the tape?

Curtis:        A young girl got killed.

Purtell:       Okay um when she got killed where were you?

Curtis:        Right there next to her.

Purtell:       And how, what where the sequence of events, so like what happened?

Curtis:        I just heard gunshots, gunshots.

Purtell:       You heard gunshots, some gunshots. About how many gunshots did you hear?

Page – 2
STATEMENT OF:     Tyrell Curtis

Curtis:          22 of them, like 21 or something. I know it was a whole lot of them.

Purtell:         Do you ah when we talked about it briefly you said after or while the
                 shooting was going on you ran some place? Explain that for, for me out
                 loud.

Curtis:          While the shooting was going on I ran through the alley. But when I got in
                 the alley somebody coming up the alley. I couldn't tell who it was I just
                 ran back the other way being scared.

Purtell:         Okay and when you ran in the alleyway who where you running with?

Curtis:          Maurice.

Purtell:         And ah was Maurice shot at all?

Curtis:          In his arm.

Purtell:         He was shot in his arm? And you said you started running in the alley
                 way, where was the other person coming from?

Curtis:          Up in the alley.

Purtell:         Up the alley way from where?

Curtis:          Like from where we just was getting shot at.

Purtell:         Oh so he was following you guys?

Curtis:          Well he was like, he was trying to get away we was running and we just
                 happen to run into him.

Purtell:         And to your best to your memory what, what did this person look like?

Curtis:          I can't remember what he look like.

Purtell:         Was he a white male or black male?

Curtis:          No he was black.

Page – 3
STATEMENT OF:    Velton Reynolds

| | |
|---|---|
| Purtell: | Was he skinny, tall, fat? |
| Curtis: | Not that tall but kind of thick. |
| Purtell: | Not tall but kind a thick? Did you ever hear of any nicknames or anything about him? Did, did Marty say anything to you when you saw him? |
| Curtis: | No. |
| Purtell: | You gotta speak up? |
| Curtis: | No. |
| Purtell: | No ah now while this was all going on was Marty shooting back at him? |
| Curtis: | Ut-um. |
| Purtell: | No, and ah that person that you saw that you're not really sure what he look like was he the person you saw shoot the girl? |
| Curtis: | I ain't see nobody. When he started shooting he must of whoever it was must of stuck they hand over the wall or something. Cause when the shots was going off I was running but I was looking at the shots to and I ain't see nobody. |
| Purtell: | Um now you said there was, you think you heard 21 shots. Um I know probably as well as you know there is no gun that's gonna have 21 shots unless you got a fully automatic weapon. Now it was a automatic fire or was it? |
| Curtis: | It was just. it was sound like automatic but it was going real fast. |
| Purtell: | Was it just one person shooting or multiple people shooting? |
| Curtis: | Sound like one person. |
| Purtell: | Sound like one person was shooting? Did did you um did you ever talk about that afterwards? |
| Curtis: | No. |

Page – 4
STATEMENT OF:     Velton Reynolds


Purtell:        Did you ever hear anything about it afterwards?

Curtis:         No.

Purtell:        The person you know as Marty, the one that got shot did you said he
                didn't have a gun right? Yes or no?

Curtis:         No.

Purtell:        And he didn't do any shootings or anything like that?

Curtis:         No.

Purtell:        Now where you with him the whole time?

Curtis:         What.

Purtell:        When that went off?

Curtis:         When they was shooting.

Purtell:        Yeah.

Curtis:         Yeah we was standing right there when they was shooting.

Purtell:        And you're saying they, who's they when you say they were shooting?

Curtis:         I mean we was standing right there when the man started shooting.

Purtell:        Okay when the man. All right I have ah no further questions for you. The
                time now is 12:47.



Tape transcribed by Jackie Taylor on 7/8/2003.