# EXHIBIT 26

```
                                                               153
              STATE OF MARYLAND v. TONY DEWITT
        November 18, 2003 BEFORE JUDGE ALFRED J. NANCE
```

```
 1   for instructions please.
 2                 DETECTIVE SERGEANT GARNELL GREENE
 3      (A witness produced on call by the Defense is duly
 4   sworn, according to law, and testifies as follows:)
 5            CLERK:  You may be seated.  For the record state
 6   your name and your current assignment.
 7            DET. GREENE:  Detective Sergeant Garnell Greene,
 8   I'm currently assigned to the Police Commissioner's
 9   Office.
10                      DIRECT EXAMINATION
11                      BY MR. LACORTE
12      Q    Good afternoon Detective Sergeant.
13      A    Good afternoon, how are you?
14      Q    I'd like to call your attention back to
15   September - I'm sorry.  Yes, September 25 of 2002.  On
16   that date, September 25 of 2002, what was your duty
17   assignment?
18      A    I was a Detective Sergeant in the Homicide
19   Unit.
20      Q    And were you not present for an interview
21   that occurred between Detective MacGillivary and Maurice
22   Booker?
23      A    Yes I was.
24      Q    I'd like to call your attention to that span
25   of time referred to as the pre-interview.  Were you
```