# APPENDIX A

# <u>RECORDED PRISON CALLS INDEX</u>

**CD 1 of Recorded Prison Calls**

- 6/20/2015, 7:52:47 PM, 3:27–10:02

- 6/14/2015, 8:22:39 PM, 12:33–21:06

**CD 2 of Recorded Prison Calls**

- 4/4/2015, 7:59:57 AM, 18:43–19:52

- 3/31/2015, 12:32:52 PM, 13:26–16:14

- 3/3/2015, 12:36:33 PM, 11:06–12:03

- 3/2/2015, 6:47:59 PM, 21:31–22:19

- 2/15/2015, 12:41:32 PM, 3:12–5:10

- 2/14/2015, 7:45:25 PM, 2:32–3:13

- 2/12/2015, 8:20:42 PM, 10:27–16:12

- 2/12/2015, 12:32:37 PM, 16:26–27:57

- 2/6/2015, 7:18:07 PM, 22:17–22:27

- 2/5/2015, 6:51:32 PM, 2:24–5:01

- 1/21/2015, 8:43:45 AM, 4:57–5:30

- 12/18/2014, 7:56:26 AM, 3:36–3:44

- 12/15/2014, 8:33:56 PM, 5:49–6:08

- 12/13/2014, 7:09:35 PM, 8:24–8:40

**CD 3 of Recorded Prison Calls**

- 11/2/2014, 12:57:18 PM, 1:59–2:10

- 7/19/2014, 4:59:15 PM, 2:26–6:30

- 7/16/2014, 12:12:28 PM, 2:44–4:03

- 7/3/2014, 5:01:52 PM, 22:12–22:56

**CD 4 of Recorded Prison Calls**

- 11/24/2013, 7:14:36 PM, 20:02–20:12

- 7/30/2013, 8:34:34 PM, 8:09–8:19

- 6/26/2013, 6:05:34 PM, 3:18–3:36

- 5/30/2013, 8:12:53 AM, 26:21–26:25

- 3/29/2013, 9:10:12 PM, 1:47–1:52

- 3/15/2013, 8:30:33 PM, 5:30–5:39

- 3/14/2013, 7:27:43 PM, 7:58–8:10

- 3/14/2013, 7:27:43 PM, 1:49–2:05

- 3/5/2013, 12:31:17 PM, 8:24–9:30

- 2/25/2014, 3:48:08 PM, 5:24–7:27