IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TONY DEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cv-03202-DKC |
| | ) | |
| WILLIAM RITZ, et. al., | ) | |
| | ) | Hon. Deborah K. Chasanow |
| Defendants. | ) | |

# PARTIES' JOINT STATUS REPORT

Plaintiff, Tony Dewitt, by his attorneys, and Defendants William Ritz, Gregory MacGillivary, and Kevin Turner ("Defendants"), by their attorneys, pursuant to this Court's correspondence issued on July 9, 2020, respectfully submit a joint status report,[1] stating the following:

1. Defendants filed a motion to dismiss as a litigation sanction on July 22, 2020, and propose a briefing schedule of two (2) weeks for a response and two (2) weeks for a reply.

Accordingly, the parties submit the following proposed schedule:

| Response Due | August 5, 2020 |
|---|---|
| Reply Due | August 19, 2020 |

---

[1] As for the status of discovery, Defendants have issued Interrogatories (served February 18, 2020), Requests for Production of Documents (served February 18, 2020), and Requests for Admission of Facts (served February 27, 2020) and despite attempts to follow-up, Plaintiff has not responded to any of Defendants' discovery requests as of this date.  New counsel for the Plaintiff has been assigned to the file and responses will be forthcoming. Due to COVID-19 there were substantial business interruptions at to office of counsel for the Plaintiff and a general inability to meet with clients in person, including this Plaintiff.

1

Date: July 23, 2020		Respectfully Submitted,


		/s/ Robert E. Joyce
		Robert E. Joyce
		Charles Henry Edwards, IV
		Law Office of Barry R. Glazer, LLC
		P.O. Box 27166
		1010 Light Street
		Baltimore, MD 21230
		14439045706
		Fax: 410-547-0036
		rejoycelaw@aol.com
		charles.edwards@robinhoodlawyers.com

		*Counsel for the Plaintiff*

		/s/ Shneur Nathan
		Shneur Nathan, Bar No. 20707
		Avi T. Kamionski, Bar No. 20703
		Mayer Engelsberg, Bar ID 21105
		Nathan & Kamionski LLP
		201 N. Charles St., Suite 1202
		Baltimore, MD 21201
		Phone: (410) 885-4349
		Fax: (952) 658-3011
		snathan@nklawllp.com
		akamionski@nklawllp.com
		mengelsberg@nklawllp.com

		*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of the filing on the same day to all counsel of record.

		/s/ Robert E. Joyce
		Robert E. Joyce