**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

TONY DeWITT

     Plaintiff,

v.

WILLIAM RITZ, et al.

     Defendants.

**Civil Action No.:** 1:18-cv-03202-DKC

## MOTION TO WITHDRAW AS ATTORNEY

Robert E. Joyce and the Law Office of Barry R. Glazer, LLC, attorneys for Plaintiff, move pursuant to Local Rule 101.2(6) for leave to withdraw as attorneys for Plaintiff. The grounds of the motion are as follows:

1.     Pursuant to Local Rule 101.2, attorneys Robert E. Joyce and the Law Office of Barry R. Glazer, LLC hereby request leave to withdraw their appearances as counsel of record for Plaintiff Tony DeWitt the above captioned case.

2.     Attached as Exhibit 1 is a Certificate of Counsel stating the name and last known address of Plaintiff, and confirming that the written notice required by Local Rule 101.2(b) was served upon Plaintiff at least (7) days before the filing of this motion.

WHEREFORE, Robert E. Joyce and The Law Office of Barry R. Glazer, current attorneys of record for Plaintiff, Tony DeWitt, hereby requests that their appearance be struck from this matter.

Respectfully Submitted:

**LAW OFFICE OF BARRY R. GLAZER, LLC**


By:_____/s/_____
Robert E. Joyce (#26427)
P.O. Box 27166
1010 Light Street
Baltimore, Maryland 21230
Phone:  (410) 547-8568
Fax:     (410) 547-0036
E-mail:  RJoyce@barryglazer.com

Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY, that on this ___18th___ day of August, 2020, a copy of the

foregoing was sent via CM/ECF to:


Theresa Concepcion
Nathan & Kamionski
201 N. Charles Street
Suite 1202
Baltimore, MD 21201

Mayer Engelsberg
201 N. Charles St.
Ste. 1202
Baltimore, MD 21201

Avi Kamionski
Nathan & Kamionski LLP
33 W. Monroe
Suite 1830
Chicago, IL 6060

Shneur Zalman Nathan
Nathan & Kamionski LLP
33 W. Monroe
Suite 1830
Chicago, IL 6060

_____/s/_____
Robert E. Joyce
