# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

October 16, 2020

TO: Counsel

RE: Tony Dewitt v. William Ritz, et al.  
    Civil Action No. DKC 18-3202

Dear Counsel:

    A motion to withdraw appearance was filed by Robert E. Joyce, co-counsel for Plaintiff in the above-referenced case. (ECF No. 53). The court has received no response in opposition to the motion and the time for doing so is now expired. Thus, the court GRANTS the motion to withdraw and the appearance of Robert E. Joyce with the Law Office of Barry R. Glazer, LLC is hereby withdrawn. The Plaintiff will continue to be represented by Charles Henry Edwards (email - Charles.edwards@robinhoodlawyers.com and cell phone 202-246-5111). Copies of the pending motions and response(s) are enclosed with Mr. DeWitt's copy of this letter.

    Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

                                   Very truly yours,

                                   /s/

                                 DEBORAH K. CHASANOW  
                                 United States District Judge

cc: Plaintiff Tony DeWitt