Charles H. Edwards IV, Esquire
4808 Butler Road
Glyndon, Maryland 21071

Honorable Deborah K. Chasanow
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    Request for Marginal Order Extending Time to Respond to Defendants'
               Motion to Dismiss Plaintiff's Complaint

           *Dewitt v. Ritz, et al.* - 1:18-cv-03202

Your Honor:

      The Plaintiff respectfully requests a marginal order extending the time to respond by fourteen days. This will not prejudice the Defendants as they have already made their submission and the bulk of the time requested will elapse over the upcoming holidays. Where the Plaintiff is concerned, despite his best efforts access to the documents he needs to render his response have proven to be more problematic than anticipated. The Defendants have made serious claims against the Plaintiff in response to his lawsuit and the Plaintiff deserves to defend himself. Justice requires another fourteen days for the Plaintiff to adequately respond to the Defendant's allegations.

*Charles H. Edwards*