## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0634

December 28, 2020

TO: Counsel

RE: Tony Dewitt v. William Ritz, et al.
    Civil Action No. DKC 18-3202

Dear Counsel:

After ignoring Defendants' motion to dismiss for months, Plaintiff was given a belated opportunity to file a substantive response by December 21, 2020.  Instead of doing so, Plaintiff filed a request for an additional two weeks reciting only that "access to the documents" needed to respond has proven "more problematic than anticipated."  Defendants, understandably, object and point out that the request is devoid of detail and fails to demonstrate good cause.  Plaintiff has not seen fit to supplement his request.

Nevertheless, the request will be granted, given the serious matters raised in the motion to dismiss, and the fact that holidays occur during the two-week extension.  Defendants will not have to worry about whether to file a reply until January.  Any response by Plaintiff must be filed no later than January 4, 2021.

Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge