# United States District Court for the District of Maryland

Case No.:1:18-cv-03202-DKC

**Tony Dewitt**
*Plaintiff*

v.

**William Ritz,** *et al.*
*Defendants*

*RESPONSE AND OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
AS A LITIGATION SANCTION BASED UPON
WITNESS TAMPERING AND THE
FABRICATION OF EVIDENCE*

**INTENTIONALLY BLANK**

Now comes the Plaintiff, Tony Dewitt, to prevent a grave injustice that has to stop, responds to the Defendants' Motion to Dismiss Plaintiff's Complaint as a Litigation Sanction Based Upon Witness Tampering and the Fabrication of Evidence, and states the following in support thereof:

1. This Honorable Court is required to view the evidence in the light most favorable to the nonmoving party, Tony Dewitt, and draw all reasonable inferences in his favor.

2. The moving parties claim that Mr. Dewitt "engaged in blatant and shocking witness tampering and outright fabrication of critical evidence...[insofar as he] conned the criminal justice system with fraudulent evidence to procure the dismissal of his murder charge... [and] offered to pay key witnesses from his criminal trial...in exchange for helpful testimony in his post-conviction proceedings and the instant civil case." Def. Motion at pg. 1.

3. To the extent that the Defendants clam that Mr. Dewitt is a bad boy that needs to be spanked with the ultimate sanction of dismissal, they intentionally gloss over the overwhelming evidence that the witnesses in question had already testified in Mr. Dewitt's favor in his underlying criminal case and that Mr. Dewitt did not come into the evidence that the Defendants clam he fabricated until he filed a grievance against his attorney that eventually produced Mr. Dewitt's case file containing the document referenced by the Defendants as the "Questioned Document." *Id.* at pg. 4.

4. Moreover, Mr. Dewitt's Complaint does not rely on the Questioned Document to prove that the Defendants violated his rights secured under the United States Constitution.

**THEREFORE, BASED ON THIS RESPONSE AND OPPOSITION AND THE INCORPORATED MEMORANDUM OF LAW, THIS HONORABLE COURT MUST DENY THE DEFENDANTS' MOTION IN ITS ENTIRETY.**

Respectfully submitted,

/s Charles H. Edwards IV
_____

Charles H. Edwards IV, Esquire
4808 Butler Road
Glyndon, Maryland 21071

## CERTIFICATE OF SERVICE

The Plaintiff hereby affirms that the Defendants were served through the CM/ECF system care of their attorneys on this 4th day of January, 2021.

Respectfully submitted,

/s Charles H. Edwards IV
_____