IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TONY DEWITT, | * | |
| Plaintiff, | * | |
| v. | * | 1:18-cv-03202-DKC |
| WILLIAM RITZ, et. al., | * | |
| | | Hon. Deborah K. Chasanow |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### Affidavit

I, Jill Byczek, upon personal knowledge, do hereby declare under penalty of perjury that the following information is true and correct:

1. My name is Jill Byczek, and I am employed as a paralegal at Nathan & Kamionski LLP.
2. On February 2, 2021, I went to the Baltimore Police Department ("BPD") headquarters located at 601 Fayette Street in Baltimore and reviewed the BPD Homicide File # 02H0131 (herein referred to as the "BPD Homicide File").
3. The BPD Homicide File consists of two volumes and I inspected the entire Homicide File.
4. The document attached as an Exhibit to Plaintiff's Response at Dkt. No. 64-2 is not contained within the BPD Homicide File.

End of affidavit.

Pursuant to 28 U.S.C. Section 1746 and 18 U.S.C. Section 1621, I declare, under penalty of perjury that the facts in numbered paragraphs above are true and correct.

Dated: February 2, 2021

_[signature]_
Printed Name: Jill Byczek

1