Notes  While you Were Out                        CC# 02462896

                                                 CASE# 02H131

1. Information about 2 shootings in the Eastern District

   A. Confidental Informant <u>Monica Milligan</u> F-B-▮▮▮▮ Agreed to Make A drug Purchase of $200.00 worth of crack cocaine Agreed to sign up As A Informant

2. <u>Raynard Venable</u>  M-B ▮▮▮▮ gave information to Det. Tom Martin about the shooting on Montpelier St. And Another shooting in the Eastern District. He was Transported to Homicide for Questioning

3. <u>Daimen Young</u>  ▮▮▮▮  M/B ▮▮▮▮

   Still looking for him for Questioning

   A. Homicide — Montpelier & Polk  H-131
                  Harford Rd & Alameda  H-133

   Tyrell Curtis was Questioned on 10th December by Det. Mark Veney in He Informed Det. Veney that He witnessed Big G B.K.A. George Gaines B-M ▮▮▮▮ Committ the Homicide to Case # <u>02H131</u> * <u>He was Transported to Homicide for Questioning</u>

   B. I believe Case # <u>H-133</u> Have Something to do with This Case # <u>02H131</u>

   Exhibit 9