IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONY DEWITT

   v. : Civil Action No. DKC 18-3202

WILLIAM RITZ, et al.

**ORDER**

The court issued a memorandum opinion and order on March 10, 2021, directing Defendants to supplement the record in order to lay a proper evidentiary foundation for Exhibits 15 through 25. (ECF Nos. 68, 69). Defendants have now done so. (ECF No. 70). Consequently, Plaintiff's complaint will be dismissed with prejudice.

Accordingly, it is this 24th day of March, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's complaint BE, and the same hereby IS, DISMISSED with prejudice; and

2. The Clerk of Court IS DIRECTED to transmit a copy of this Order to counsel of record.

                                            /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge